# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In re:  RICHARD A. DAVIS  Debtor | Chapter 13  Case No. 13-43226-MSH |

## ORDER REGARDING
## MOTION TO AVOID JUDICIAL LIENS

At Worcester in said District this 19th day of March, 2014.

This matter having come before the Court on the debtor's Motion to Avoid Judicial Liens [# 12] (the "Motion") in which the debtor seeks to avoid the judicial liens of:

(i)   FIA Card Services, NA, encumbering the property located at 22 Kenrick Avenue, Billerica, Massachusetts and recorded at the Northern Middlesex Registry of Deeds in Book 00190, Page 267, and

(ii)  Portfolio Recovery Associates, LLC, encumbering the property located at 22 Kenrick Avenue, Billerica, Massachusetts and recorded at the Northern Middlesex Registry of Deeds in Book 00190, Page 267, and

After due consideration, the Motion is ALLOWED, subject to the following terms and conditions:

1. The judicial liens of FIA Card Services, NA and Portfolio Recovery Associates, LLC against the debtor's interest in the property are avoided pursuant to 11 U.S.C. § 522(f).

2. Pursuant to 11 U.S.C. § 349(b)(1)(B) said judicial liens shall be reinstated if the case is dismissed unless the Court, for cause, subsequently orders otherwise.

By the Court,

*/s/ Melvin S. Hoffman*

Melvin S. Hoffman
U.S. Bankruptcy Judge